1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   ABRAHAM C. MELTZER
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  ROSS M. CUFF
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   JACK D. ROSS
7  Assistant United States Attorney
   California State Bar No. 265883
8       Room 7516, Federal Building
        300 N. Los Angeles Street
9       Los Angeles, California 90012
        T: 213.894.7395|F: 213.894.7819
10      Email: jack.ross@usdoj.gov

11 Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT

08/03/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY

12             UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

| | |
|---|---|
| 15  UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**, | No. CV 19-02900-MWF (MRWx) |
| 16 | UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |
| 17             Plaintiff[s], | |
| 18                  v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| 19  **[UNDER SEAL]**, | |
| 20             Defendant[s]. | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION] |

16
17
18
19
20
21
22
23
24
25
26
27
28

1

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
        Room 7516, Federal Building
        300 N. Los Angeles Street
        Los Angeles, California 90012
        T: 213.894.7395|F: 213.894.7819
        Email: jack.ross@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* YVONNE HUEMOELLER, and YVONNE HUEMOELLER, individually,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>PACIFIC TOXICOLOGY LABORATORIES; ROCCO LANZALOTTA; PARADIGM LABORATORIES, LLC; ETHAN SASZ; VANTARI MEDICAL, LLC; VANTARI GENETICS, LLC; GENETIC TECHNOLOGICAL INNOVATIONS, LLC; PACIFIC GENOMICS, LLC; NICHOLAS ARROYO; REHAB ARIZONA, LLC; YURY GAMPEL; ARIZONA FAMILY PHYSICIANS, LLC; GREGORY ELLISON, M.D.; PAINSTOPCLINICS, LLC; BLUE SQUARE RESOLUTIONS, LLC; NICHOLAS GLIMCHER; | No. CV 19-02900-MWF (MRWx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION] |

1    ADVANCED RX MANAGEMENT,
     INC.; DISPENSEDOC, INC.; CHAD
2    BEENE; TRU COMPOUNDING RX,
     LLC; and JARED SIMMONS, ESQ.,
3
                    Defendants.
4

5         Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of

6    America ("United States") hereby notifies the Court of its decision not to intervene in the

7    above-captioned action.

8         Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits

9    the *qui tam* plaintiff Yvonne Huemoeller ("Relator"), to maintain this action in the name

10   of the United States provided, however, that the "action may be dismissed only if the

11   court and the Attorney General give written consent to the dismissal and their reasons for

12   consenting." *Id.*  Notwithstanding this language, the Ninth Circuit has held that the

13   United States has the right only to a hearing when it objects to a settlement or dismissal

14   of the action.  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995);

15   *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

16   Accordingly, should either the Relator or the defendants propose that this action be

17   dismissed, settled, or otherwise discontinued, the United States requests that the parties

18   notify the United States of the same, and the Court provide the United States with an

19   opportunity to be heard before ruling or granting its approval.

20        Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that

21   all pleadings filed in this action be served upon the United States; the United States also

22   requests that orders issued by the Court in this action be sent to the United States'

23   counsel.  The United States reserves its right to order any deposition transcripts, to

24   intervene in this action at a later date, for good cause, and to seek the dismissal of this

25   action or any claims therein.  The United States also requests that it be served with all

26   notices of appeal in this action.

27        The case remains under seal. Once the case is unsealed, however, the United

28   States requests that this Notice, the Complaint, and the accompanying proposed Order,

                                        3

1    be unsealed. The United States also requests that all other papers filed or lodged to date

2    in this action should remain permanently under seal because such papers were provided

3    by law to the Court alone for the sole purpose of discussing the content and extent of the

4    United States' investigation and, thereby, evaluating whether the seal and time for

5    making an election to intervene should be extended.

6          A proposed Order is lodged concurrently herewith.

7                                    Respectfully submitted,

8    Dated: August 3          , 2021    TRACY L. WILKISON
                                         Acting United States Attorney
9                                        DAVID M. HARRIS
                                         Assistant United States Attorney
10                                       Chief, Civil Division
                                         ABRAHAM C. MELTZER
11                                       Assistant United States Attorney
                                         Chief, Civil Fraud Section
12                                       ROSS M. CUFF
13                                       Assistant United States Attorney
                                         Deputy Chief, Civil Fraud Section
14

15

16

17                                       JACK D. ROSS
                                         Assistant United States Attorney
18                                       Attorneys for the United States of America

19

20

21

22

23

24

25

26

27

28

                                         4

1

2 **<u>PROOF OF SERVICE BY E-MAIL</u>**

3       I am over the age of 18 and not a party to the above-captioned action.  I am

4 employed by the Office of United States Attorney, Central District of California.  My

5 business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California

6 90012.

7       On August 3, 2021, I served the UNITED STATES' NOTICE OF ELECTION TO

8 DECLINE INTERVENTION on each person or entity named below by e-mail.

9       Date of e-mailing:  August 3, 2021.  Place of e-mailing:  Los Angeles, California.

10       Person(s) and/or Entity(s) to whom e-mailed:

11 Benjamin Lin, Esq.
Brown, LLC

12 111 Town Square Place, Suite 400
Jersey City, NJ 07310

13 ben.lin@jtblawgroup.com

14 Imad Younan Elias
Mann and Elias

15 6100 Wilshire Boulevard, Suite 1104
Los Angeles, CA 90048

16 imad@mannelias.com

17 Matt Kilman, Esq.
Division of Medi-Cal Fraud and Elder Abuse

18 California Department of Justice
1615 Murray Canyon Road, Suite 700

19 San Diego, CA 92108
Matt Kilman Matt.Kilman@doj.ca.gov

20

21 Anthony Ayeni, Esq.
Geoff Margolis, Esq.

22 California Department of Insurance
300 Capitol Mall, Floor 16

23 Sacramento, CA 95814-4313
Anthony.Ayeni@insurance.ca.gov

24 Geoff.Margolis@insurance.ca.gov

25

26

27

28

5

1   I declare that I am a member of the bar of this Court.

2   I declare under penalty of perjury that the foregoing is true and correct.

3   Executed on August 3, 2021, at Los Angeles, California.

JACK D. ROSS