TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 19-02900-MWF (MRWx)<br><br>ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* YVONNE HUEMOELLER, and YVONNE HUEMOELLER, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC TOXICOLOGY LABORATORIES; ROCCO LANZALOTTA; PARADIGM LABORATORIES, LLC; ETHAN SASZ; VANTARI MEDICAL, LLC; VANTARI GENETICS, LLC; GENETIC TECHNOLOGICAL INNOVATIONS, LLC; PACIFIC GENOMICS, LLC; NICHOLAS ARROYO; REHAB ARIZONA, LLC; YURY GAMPEL; ARIZONA FAMILY PHYSICIANS, LLC; GREGORY ELLISON, M.D.; PAINSTOPCLINICS, LLC; BLUE SQUARE RESOLUTIONS, LLC; NICHOLAS GLIMCHER; ADVANCED RX MANAGEMENT, | No. CV 19-02900-MWF (MRWx)<br><br>ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

2

INC.; DISPENSEDOC, INC.; CHAD BEENE; TRU COMPOUNDING RX, LLC; and JARED SIMMONS, ESQ.,

Defendants.

The United States of America ("United States") having declined to intervene in the above-captioned action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. Once the Court unseals this case, the Complaint, this Order, and the United States' Notice of Election to Decline Intervention shall both be unsealed, and the Relator shall serve all three upon the defendants;

2. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

3. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

4. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: August 3, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

3