TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* YVONNE HUEMOELLER, and YVONNE HUEMOELLER, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC TOXICOLOGY LABORATORIES; ROCCO LANZALOTTA; PARADIGM LABORATORIES, LLC; ETHAN SASZ; VANTARI MEDICAL, LLC; VANTARI GENETICS, LLC; GENETIC TECHNOLOGICAL INNOVATIONS, LLC; PACIFIC GENOMICS, LLC; NICHOLAS ARROYO; REHAB ARIZONA, LLC; YURY GAMPEL; ARIZONA FAMILY PHYSICIANS, LLC; GREGORY ELLISON, M.D.; PAINSTOPCLINICS, LLC; BLUE SQUARE RESOLUTIONS, LLC; NICHOLAS GLIMCHER; ADVANCED RX MANAGEMENT, | No. CV 19-02900-MWF (MRWx)<br><br>UNITED STATES' CONSENT TO RELATOR'S PARTIAL DISMISSAL OF *QUI TAM* WITHOUT PREJUDICE AS TO THE UNITED STATES |

| | |
|---|---|
| 1 | INC.; DISPENSEDOC, INC.; CHAD BEENE; TRU COMPOUNDING RX, LLC; and JARED SIMMONS, ESQ., |
| 2 | |
| 3 | Defendants. |

# UNITED STATES' CONSENT
## TO RELATOR'S PARTIAL DISMISSAL OF *QUI TAM* WITHOUT PREJUDICE AS TO THE UNITED STATES

Relator Yvonne Huemoeller ("Relator") filed a Motion for Partial Dismissal on September 2, 2021 (Dkt. 33). Pursuant to 31 U.S.C. § 3730(b)(1), and in the interests of justice, the Attorney General of the United States, through the undersigned attorney, hereby consents to Relator's dismissal of defendants Rocco Lanzalotta, Paradigm Laboratories, LLC, Ethan Sasz, Vantari Genetics, LLC, Genetic Technological Innovations, LLC, Pacific Genomics, LLC, Nicholas Arroyo, Rehab Arizona, LLC, Yury Gampel, Arizona Family Physicians, LLC, Gregory Ellison, M.D., PainStopClinics, LLC, Blue Square Resolutions, LLC, Nicholas Glimcher, Advanced Rx Management, Inc., Dispenseddoc, Inc., Chad Beene, TRU Compounding Rx, LLC, and Jared Simmons, Esq. *without* prejudice as to the United States.

Dated: September 13, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

/s/ Jack Ross
JACK D. ROSS
Assistant United States Attorney
Attorneys for the United States of America