UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* Yvonne Huemoeller, and YVONNE HUEMOELLER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC TOXICOLOGY LABORATORIES; ROCCO LANZALOTTA; PARADIGM LABORATORIES, LLC; ETHAN SASZ; VANTARI MEDICAL LLC; VANTARI GENETICS, LLC; GENETIC TECHNOLOGICAL INNOVATIONS, LLC; PACIFIC GENOMICS, LLC; NICHOLAS ARROYO; REHAB ARIZONA, LLC; YURY GAMPEL; ARIZONA FAMILY PHYSICIANS, LLC; GREGORY ELLISON, M.D.; PAINSTOPCLINICS, LLC; BLUE SQUARE RESOLUTIONS, LLC; NICHOLAS GLIMCHER; ADVANCED RX MANAGEMENT, INC.; DISPENSEDOC INC.; CHAD BEENE; TRU COMPOUNDING RX, LLC; and JARED SIMMONS, ESQ.,<br><br>Defendants. | No. CV 19-02900-MWF (MRWx)<br><br>**ORDER FOR PARTIAL DISMISSAL** |

1

Before the Court is Relator's voluntary motion for partial dismissal, which has the consent of the United States Attorney General on behalf of the United States of America, and the California Attorney General on behalf of the State of California.

It is hereby ORDERED that Relator's motion is granted, and that the following Defendants are dismissed from this Action without prejudice:

ROCCO LANZALOTTA

PARADIGM LABORATORIES, LLC

ETHAN SASZ

VANTARI MEDICAL LLC

VANTARI GENETICS, LLC

GENETIC TECHNOLOGICAL INNOVATIONS, LLC

PACIFIC GENOMICS, LLC

NICHOLAS ARROYO

REHAB ARIZONA, LLC

YURY GAMPEL

ARIZONA FAMILY PHYSICIANS, LLC

GREGORY ELLISON, M.D.

PAINSTOPCLINICS, LLC

BLUE SQUARE RESOLUTIONS, LLC

NICHOLAS GLIMCHER

ADVANCED RX MANAGEMENT, INC.

DISPENSEDOC INC.

CHAD BEENE

TRU COMPOUNDING RX, LLC and

JARED SIMMONS, ESQ.

//
//
//

Accordingly, the only Defendant remaining in this Action is PACIFIC TOXICOLOGY LABORATORIES.

Dated: September 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

3