AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. Yvonne Huemoeller, and YVONNE HUEMOELLER, individually, <br><br> *Plaintiff(s)* <br> v. <br> PACIFIC TOXICOLOGY LABORATORIES (see attached) <br><br> *Defendant(s)* | Civil Action No. 19-02900-MWF (MRWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pacific Toxicology Laboratories
C/O C T Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 24, 2021

*Signature of Clerk or Deputy Clerk*

KIRY
CLERK, U.S. DISTRICT COURT
APR 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* Yvonne Huemoeller, and **YVONNE HUEMOELLER**, individually,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC TOXICOLOGY LABORATORIES; ROCCO LANZALOTTA; PARADIGM LABORATORIES, LLC; ETHAN SASZ; VANTARI MEDICAL LLC; VANTARI GENETICS, LLC; GENETIC TECHNOLOGICAL INNOVATIONS, LLC; PACIFIC GENOMICS, LLC; NICHOLAS ARROYO; REHAB ARIZONA, LLC; YURY GAMPEL; ARIZONA FAMILY PHYSICIANS, LLC; GREGORY ELLISON, M.D.; PAINSTOPCLINICS, LLC; BLUE SQUARE RESOLUTIONS, LLC; NICHOLAS GLIMCHER; ADVANCED RX MANAGEMENT, INC.; DISPENSEDOC INC.; CHAD BEENE; TRU COMPOUNDING RX, LLC; and JARED SIMMONS, ESQ.**,<br><br>Defendants. | **LACV1902900-MWF-MRWx**<br><br>DOCKET NO.<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff and *qui tam* Relator Yvonne Huemoeller ("Relator"), by and through her undersigned counsel, Brown, LLC and the Law Office of Mann & Elias, alleges of personal knowledge as to her observations and actions, and on information and belief as to all else, as follows:

