Imad Y. Elias (SBN #163655)
**LAW OFFICE OF MANN & ELIAS**
8383 Wilshire Blvd., Suite 750
Beverly Hills, California 90211
(323) 857-9500 (office)
(323) 857-9525 (fax)
*imad@mannelias.com*

Benjamin Lin (SBN #326703)
Jason T. Brown
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*ben.lin@jtblawgroup.com*
*jtb@jtblawgroup.com*

*Counsel for Relator*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** and the **STATE OF CALIFORNIA** *ex rel.* Yvonne Huemoeller, and **YVONNE HUEMOELLER**, individually,<br><br>          Plaintiffs,<br><br>     v.<br><br>**PACIFIC TOXICOLOGY LABORATORIES,**<br><br>          Defendant. | No. CV 19-02900-MWF (MRWx)<br><br>**APPLICATION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL** |

# APPLICATION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL

Relator Yvonne Huemoeller, by and through her undersigned counsel, hereby respectfully applies for permission of the Court to file her First Amended Complaint ("FAC") under seal, pursuant to 31 U.S.C. § 3730(b)(2) and Local Civil Rule 79-5.

In support of the application, Relator submits the Declaration of her counsel, Patrick S. Almonrode, filed separately under seal along with her proposed FAC.

A proposed Order is submitted herewith, and has also been emailed to chambers in MS Word format.

Dated: January 7, 2022                    Respectfully submitted,

**BROWN, LLC**

**By:** */s/ Benjamin Lin*
Benjamin Lin (SBN #326703)
Patrick S. Almonrode
    (*pro hac vice*)
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*ben.lin@jtblawgroup.com*
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*

*Counsel for Relator*