DAVIS WRIGHT TREMAINE LLP
MATTHEW DIGGS (*pro hac vice*)
　matthewdiggs@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

ANNA R. BUONO (State Bar No. 232753)
　annabuono@dwt.com
MARCY BLATTNER MICALE (State Bar No. 319868)
　marcymicale@dwt.com
PETER K. BAE (State Bar No. 329158)
　peterbae@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
PACIFIC TOXICOLOGY LABORATORIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* YVONNE HUEMOELLER, and YVONNE HUEMOELLER, individually,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PACIFIC TOXICOLOGY LABORATORIES et al.,<br><br>　　　　　　Defendants. | Case No. **2:19-CV-02900-MWF-MRWx**<br><br>**DEFENDANT PACIFIC TOXICOLOGY LABORATORIES' UNOPPOSED APPLICATION TO UNSEAL DKT. 64**<br><br>Assigned to the Hon. Michael W. Fitzgerald<br>Dept.: Courtroom 5A<br><br>Action Filed: April 15, 2019<br>Action Unsealed: August 3, 2021 |

## UNOPPOSED APPLICATION TO UNSEAL DKT. 64

Defendant Pacific Toxicology Laboratories ("PacTox"), by and through its counsel, hereby respectfully requests that the Court unseal Dkt. 64 and its attachments, which is the Declaration filed in support of Dkt. 63, Relator Yvonne Huemoeller's Application to File First Amended Complaint Under Seal.  The First Amended complaint and exhibits have since been unsealed by the Court.  Relator has confirmed that she does not oppose PacTox's application to unseal Dkt. 64.

In support of the application, PacTox states as follows:

Relator Yvonne Huemoeller filed a complaint under seal on April 15, 2019.  Dkt. 1.  After the United States declined to intervene, the complaint was unsealed and served on PacTox on October 26, 2021.  Dkt. 51.  PacTox filed a Motion to Dismiss on December 16, 2021.  Dkt. 62.  Instead of responding to PacTox's Motion to Dismiss, Relator filed an application seeking to file her First Amended Complaint ("FAC") under seal.  Dkt. 63.  This application was based on a sealed declaration.  Dkts. 63, 64.  The Court granted the application in part, allowing Relator to file the FAC, but denied Relator's application to file the FAC under seal based on Relator's application.  Dkt. 65.  In doing so, the Court referenced and relied upon the sealed declaration of counsel.  *Id.*  However, the declaration supporting Relator's application remains under seal.  PacTox seeks to review the declaration to understand what was represented to the Court regarding the differences between the original complaint and the amended complaint.  The Ninth Circuit holds a strong presumption in favor of access to court records.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  Absent a showing of good cause, materials filed with the Court should not be sealed.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Relator has no objection to the unsealing of the declaration.  Diggs Decl. ¶ 3.

UNOPPOSED APPLICATION TO UNSEAL

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PacTox therefore respectfully requests that the Court unseal the entirety of Dkt. 64, the Declaration of Patrick S. Almonrode and exhibits thereto, filed in support of Relator's application to seal.

DATED: January 21, 2022

DAVIS WRIGHT TREMAINE LLP
MATTHEW DIGGS
ANNA R. BUONO
PETER K. BAE

By: */s/ Matthew Diggs*
　　　MATTHEW DIGGS
　　Attorneys for Defendant
　　PACIFIC TOXICOLOGY
　　LABORATORIES

UNOPPOSED APPLICATION TO UNSEAL

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899