IMAD Y. ELIAS (SBN # 163655)
   *imad@mannelias.com*
LAW OFFICE OF MANN & ELIAS
8383 Wilshire Blvd., Suite 750
Beverly Hills, California 90211
(323) 857-9500 (office)
(323) 857-9525 (fax)

PATRICK S. ALMONRODE (*pro hac vice*)
   *patalmonrode@jtblawgroup.com*
JASON T. BROWN
   *jtb@jtblawgroup.com*
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)

Attorneys for Relator
YVONNE HUEMOELLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* YVONNE HUEMOELLER, and YVONNE HUEMOELLER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC TOXICOLOGY LABORATORIES et al.,<br><br>Defendants. | Case No. **2:19-CV-02900-MWF-MRWx**<br><br>**UPDATED JOINT STATUS REPORT REGARDING CONTINUED STAY OF CASE**<br><br>Assigned to the Hon. Michael W. Fitzgerald<br><br>Action Filed: April 15, 2019<br>Action Unsealed: August 3, 2021 |

JOINT STATUS REPORT

Relator Yvonne Huemoeller ("Relator"), through her attorneys of record, and Defendant Pacific Toxicology Laboratories ("Defendant"), through its attorneys of record, (collectively, the "Parties") submit this Joint Status Report to update the Court on the status of settlement discussions and request to continue the stay.

On April 15, 2019, Relator filed this action, which remained under seal until the United States declined to intervene, and it was unsealed by the Court on August 3, 2021;

On October 26, 2021, Relator served the Complaint on Defendant;

On January 7, 2022, Relator filed a First Amended Complaint;

On February 7, 2022, Defendant filed a Motion to Dismiss the First Amended Complaint;

On September 28, 2022, the Court denied the Motion to Dismiss;

On October 12, 2022, Defendant answered the First Amended Complaint;

On December 20, 2022, the Court issued a Scheduling Order setting forth dates for completing discovery, pretrial deadlines and a trial date of July 9, 2024;

On August 25, 2023, the Parties requested that the Court stay the scheduling order for the reasons set forth in the papers supporting the joint request;

On August 28, 2023, the Court granted the joint request to stay the scheduling order, staying all dates and deadlines in the scheduling order, and requiring the Parties to submit a joint status report on the progress of settlement discussions and whether the stay should be lifted no later than 90 days later;

On November 21, 2023, the Parties filed a Status Report, requesting that the stay be continued to allow time to complete the settlement process and fully resolve the case without further court intervention or expenditure of resources on litigation. On November 22, 2023, the Court ordered an extension of the stay until February 20, 2024 and directed the Parties to advise the Court of the status if a stipulated dismissal is not filed by that date.

JOINT STATUS REPORT

111 TOWN SQUARE PLACE, SUITE 400
JERSEY CITY, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)

1  On February 15, 2024, the Parties filed a second Status Report, advising the
2  Court that Defendant had reached an agreement in principle with the United States
3  and Relator to resolve this matter, and that the Parties were working towards
4  reducing that agreement to writing, but that the required coordination with state and
5  federal stakeholders had resulted in some unanticipated delays. On February 20,
6  2024, the Court ordered an extension of the stay until May 21, 2024 and directed
7  the Parties to advise the Court of the status if a stipulated dismissal is not filed by
8  that date.

9  As a stipulated dismissal has not yet been filed, the Parties submit this third
10 joint Status Report on the progress of settlement discussions and request for
11 continuance of the stay. The Parties are still working to finalize their agreement,
12 which process had been complicated by a desire by Defendant and the United States
13 to simultaneously resolve a similar case, filed in a different jurisdiction by a
14 different Relator. The agreement in this case, however, involves approvals from the
15 United States, the California Department of Justice, and the California Department
16 of Insurance, and those reviews and approvals are taking more time than expected.

17 The Parties anticipate the case will be resolved within the next 90 days, and if
18 it is not, the Parties will submit a further Status Report at that time to notify the
19 Court of the expected time to resolution.

20 The Parties thank the Court for its time, and for its continued patience.

DATED: May 20, 2024

BROWN LLC
PATRICK ALMONRODE
JASON T. BROWN

By: */s/ Patrick S. Almonrode*
      Patrick S. Almonrode

Attorneys for Relator
YVONNE HUEMOELLER

2

JOINT STATUS REPORT

BROWN, LLC
111 TOWN SQUARE PLACE, SUITE 400
JERSEY CITY, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)

| | |
|---|---|
| DATED: May 20, 2024 | DAVIS WRIGHT TREMAINE LLP<br>MATTHEW DIGGS<br>ANNA R. BUONO<br>MARCY BLATTNER MICALE<br>PETER K. BAE |
| | By: */s/ Anna R. Buono*<br>      Anna R. Buono |
| | Attorneys for Defendant<br>PACIFIC TOXICOLOGY LABORATORIES |

I, Patrick S. Almonrode, certify that I received written permission to affix the electronic signatures from those attorneys whose signatures appear above.

                */s/ Patrick S. Almonrode*
                PATRICK S. ALMONRODE