JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** and the **STATE OF CALIFORNIA** *ex rel.* Yvonne Huemoeller,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC TOXICOLOGY LABORATORIES,**<br><br>Defendant. | No. CV 19-02900-MWF (MRWx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the Joint Stipulation of Dismissal filed by the Parties hereto, it is hereby ORDERED and ADJUDGED as follows:

1. Dismissal shall be <u>with</u> prejudice as to the United States and the State of California for the Covered Conduct (as defined in the Parties' Settlement Agreement), but dismissal of the State of California's interest in claims pursuant to California Insurance Code § 1871.7(b) and pertaining to the Covered Conduct shall be without prejudice.

///

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

2. Dismissal shall be <u>without</u> prejudice to the United States or the State of California as to all other claims against Defendant Pacific Toxicology Laboratories in the Civil Action.

3. Dismissal shall be <u>with</u> prejudice to Relator as to all claims against Pacific Toxicology Laboratories in the Civil Action.

IT IS SO ORDERED.

Dated: July 15, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge